## THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE COUNTY

EDMUND AWAH                                          *

    Plaintiff                              *

v.                                                   *   Case No.03-C-14-013785

WELLS FARGO DEALER SERVICES, INC.                    *

    Defendant                              *

### AMENDED COMPLAINT AND PRAYER FOR JURY TRIAL

Plaintiff, *in pro se*, files this original Amended Complaint against Defendant, alleging, based on its own knowledge with respect to itself and its actions, and based on information and belief to all matters as follows:

Plaintiff

Edmund Awah
P O Box 1592
Laurel, MD 20725
Tel: 301 254 7362


Defendant

Wells Fargo Dealer Services
23 Pasteur Road
Irvine, CA 92618


S/O: (Service by Private Process)
Incorporating Service Company
7 Saint Paul Street, Suite 1660
Baltimore, MD 21202

Edmund Awah

Plaintiff *in pro se*

Page **1** of **1**

THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE COUNTY

EDMUND AWAH                                    *

       Plaintiff                          *

v.                                             *   Case No.03-C-14-013785

WELLS FARGO DEALER SERVICES, INC.             *

       Defendant                          *

## AMENDED COMPLAINT AND PRAYER FOR JURY TRIAL

Plaintiff, *in pro se*, files this original Complaint against Defendant, alleging, based on its own knowledge with respect to itself and its actions, and based on information and belief to all matters as follows:

### PREAMBLE AND STATEMENT OF FACTS

1. Plaintiff took out a loan in the amount of $11,017.70 on March 12, 2014 from Defendant to finance the purchase of a pre-owned 2011 Toyota Camry. The loan terms were as follows: a monthly payment of $275.73 over a period of 60 months, beginning April 26, 2014.

2. On April 21, 2014 Plaintiff called Defendant to advise that due to some financial challenges which Plaintiff was likely to face for a couple of months, Plaintiff would raise a bulk amount of $5,000 and prepay the monthly payments.

3. Defendant clearly understood Plaintiff's payment proposals and the parties mutually calculated that a payment of $5,000 would cover the monthly payments up until October 2015.

4. Plaintiff further agreed to Defendant's assertions that interest on the outstanding balance would still be accruing over the said period and it must be paid with the overall balance.

5. On April 21, 2014 Plaintiff transferred a sum of $5,000 from Plaintiff's checking account at Wells Fargo Bank into Plaintiff's loan accounts with Wells Fargo Dealer Services, pursuant to the parties' agreement in the prior telephone conversation.

6. On September 16, 2014 Defendant called Plaintiff and informed Plaintiff that payment on the car loan was past due by two months and consequently late charges had accrued. Plaintiff explained that in the light of our earlier agreement and the bulk payment of $5,000 Plaintiff's loan accounts must be current.

7. The caller claimed he was not aware of the payment. Plaintiff informed him that all that he has to do was to look up Plaintiff's accounts. A minute after the call, Defendant called Plaintiff again, raising the very issue he raised in the first call.

8. There were initial indications that the caller was aware that Plaintiff had already deposited the sum of $5,000 in his loan accounts and that these calls were intended to annoy, harass and intimidate Plaintiff.

9. On September 17, 2014 Plaintiff mailed a letter to Defendant (Exhibit 1) in which Plaintiff requested an explanation on the fact that Defendant was reporting past due status on the loan accounts, when in fact payments had been made up till October 2015. Defendant did not respond to Plaintiff's letter.

10. On September 23, 2014 Defendant called Plaintiff and raised the very issues Defendant raised in Defendant's call on September 16, 2014: that Plaintiff's loan accounts was two months past due and demanded Plaintiff make immediate payments to cover the two months plus accrued late charges.

11. Plaintiff informed Defendant that Plaintiff would not pay for the simple reason that the loan account terms have been satisfied till October 2015. On September 24, 2014 Plaintiff mailed a request for the past due debt validation (Exhibit 2) to Defendants. Defendant failed to respond.

12. Defendant then harassed Plaintiff with incessant calls between September 16, 2014 and October 24, 2014. The following were the dates and times of the calls:

| Date | Time | Date | Time | Date | Time |
|------|------|------|------|------|------|
| 09/16/2014 | 12.41 | 10/04/2014 | 09.59 | 10/13/2014 | 11.32 |
| 09/16/2014 | 12.42 | 10/07/2014 | 08.45 | 10/23/2014 | 17.07 |
| 09/23/2014 | 18.54 | 10/07/2014 | 11.38 | 10/23/2014 | 12.05 |
| 09/25/2014 | 09.22 | 10/07/2014 | 14.34 | 10/23/2014 | 17.19 |
| 10/03/2014 | 12.45 | 10/08/ 2014 | 14.21 | 10/24/2014 | 17.03 |
| 10/03/2014 | 16.52 | 10/09/2014 | 09.18 | | |
| 10/03/2014 | 17.04 | 10/09/2014 | 19.56 | | |
| 10/04/2014 | 08.18 | 10/11/2014 | 12.55 | | |

13. There was a consistent pattern of harassment, annoying, abusing, coercion and threats in all the foregoing calls Defendant made to Plaintiff. The caller would inform Plaintiff of the two months past due payment on the car loan. Plaintiff would inform the caller payments had already been made. Defendant would disagree and threatened repossession of the car.

14. Then the caller would then claim he could not handle the issue and that Plaintiff needed to speak with a supervisor. After an unusually long wait, the supervisor would come on the line and pretending he had no clue as to what had just transpired between Plaintiff

and the initial caller, engaged in issues which were fundamentally *non sequitur* and clearly aimed at cynical time-consuming gimmicks.

15. The barrage of Defendant's telephone calls was so severe that it placed a debilitating effect on Plaintiff's mental health. Plaintiff had to seek professional help in dealing with various forms of mental anguish, mental distress and depression. Plaintiff requested that Defendant put a stop to the phone calls (Exhibits 1 and 2A) but to no avail.

16. During mid-October 2014 Plaintiff received a letter from Defendant (Exhibit 3) reiterating Defendant's demands for the "past due" plus late charges payments. Defendant sent the letter to Plaintiff despite the fact that the parties have had numerous exhaustive discussions on Plaintiff's loan accounts.

17. On October 21, 2014 Defendant placed a derogatory report on Plaintiff's Credit file (Exhibits 4A, 4B and 4C). This report was manifestly false, malicious and clearly intended to harass, threaten and coerce Plaintiff into paying off a non-existent debt.

18. Shortly after Plaintiff discovered the negative entry on the credit report, Plaintiff filed disputes (Exhibit 5) with all three Credit Reporting Bureaus and requested a comprehensive investigation of the false report on Plaintiff's credit file. Plaintiff also called Defendant and made known Plaintiff's deep concerns about the negative report Defendant had placed on Plaintiff's file.

19. The derogatory report Defendant placed on Plaintiff's credit file promptly manifested a severe negative impact since a part-time transportation position Plaintiff was applying for was denied (Exhibit 6)

20. In October 21, 2014 Defendant sent a notice to Plaintiff (Exhibit 7), warning Plaintiff that unless the "past due" charges are promptly paid, Plaintiff's car would be repossessed in a mere five days' time; on October 31, 2014.

21. It was never a coincidence that Defendant decided to mail a repossession letter to Plaintiff on Plaintiff's birthday. It was a deliberate and calculated attempt to exacerbate the harassment and severe mental anguish that Plaintiff had been subjected to all along. Plaintiff was compelled to seek an evaluation and psychological therapies for the severe mental anguish and psychological pain and suffering that Plaintiff endured.

22. Defendant failed to maintain accurate recording of Plaintiff's Loan Account transactions. Plaintiff paid $5,000 off Plaintiff's Loan Account on April 21, 2014 and yet the $5,000 never reflected on Plaintiff Loan Account.

23. Defendant sent Plaintiff his Loan Account statement dated November 06, 2014 which indicated that Plaintiff made a payment of $4,447.27 on October 28, 2014 (Exhibit 8). This false. Plaintiff did not make such payment on October 28, 2014.

24. Further, a statement Plaintiff pulled from his online accounts indicated that on the same day October 28, 2014 and on the same Loan Account, Plaintiff made a payment of

$3,982.05 (Exhibit 9). Plaintiff's Loan Account, therefore, is displaying different amount of payments made on the same day. This is totally incorrect.

25. Plaintiff made neither of the foregoing payments. The only payment Plaintiff made was in the amount of $5,000 on April 21, 2014 which Defendant failed to acknowledge.

**COUNT 1**

Plaintiff re-alleges and incorporates paragraphs 1 through 25 with equal force as if they were repeated here.

26. The Defendant is subject to the Maryland Unfair or Deceptive Trade Practices Act (the "Act"), as Defendant extended consumer credit to Plaintiff pursuant to a consumer contract and engaged in the collection of consumer debts, thus subjecting Defendant to the Act pursuant to sections 13-101.1, 13-303(3), and 13-303(4) thereof, and in the collection of consumer debt thus subjecting Defendant to the Act pursuant to section 13-303(4) thereof.

27. In violation of the Act, Defendant committed unfair and/or deceptive acts and practices, including fraudulent concealment, in connection with the consumer transaction, the subject of this action, including but not limited to:

   (a) making false and misleading oral and written statements and other representations which had the capacity, tendency, or effect of deceiving or misleading the Plaintiff (Maryland Code sec. 13-301(1));

   (b) failing to state a material fact if the failure deceives or tends to deceive (Maryland Code sec. 13-301(3)); and

   (c) engaging in deception, fraud, false pretense, misrepresentation, and knowing concealment and omission of material facts with the intent that the Plaintiff relied thereon in connection with the sale of consumer services (Maryland Code sec. 13-301(9)).

28. As a direct and proximate result of Defendant's violations of the Act, plaintiff has suffered damages under this and subsequent Counts.

29. Pursuant to Maryland Code sec. 13-408(a), Plaintiff is permitted to bring this action for damages against Defendant for the violations of the Act and is entitled to recover damages sustained.

WHEREFORE Plaintiff demands judgment against Defendant for compensatory and punitive relief in an amount to be determined at trial costs, pre-judgment and post-judgment interest as the Court may find appropriate.

## COUNT 2

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 29 with equal force as if they were repeated here.

30. At all times material, Defendant qualified as providers of information to the Credit Reporting Agencies, including but not limited to Experian, Equifax and TransUnion, under the Fair Credit Reporting Act.
31. Defendant wrongfully, improperly and illegally, pursuant to its predetermined scheme to defraud Plaintiff, reported negative information as to the Plaintiff to one or more Credit Reporting Agencies, resulting in Plaintiff having negative information on his credit reports and the lowering of his FICO score.
32. Pursuant to 15 USC sec. 1681(s)(2)(b), Plaintiff is entitled to maintain a private cause of action against the Defendant for an award of damages to be proven at the time of trial for all violations of the Fair Credit Reporting Act which caused actual damages to Plaintiff, including but not limited to emotional distress and humiliation.
33. Plaintiff is also entitled to recover damages from the said Defendant for negligent non-compliance with the Fair Credit Reporting Act pursuant to 15 USC sec. 1681(o).
34. Plaintiff is further entitled to an award of punitive damages against Defendant for their willful non-compliance with the Fair Credit Reporting Act pursuant to 15 USC sec. 1681(n)(a)(2) in an amount to be proven at trial.

## COUNT 3

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 34 with equal force as if they were repeated here.

35. Defendant's relentless and unlawful conduct in harassing, abusing, coercing and oppressing Defendant to pay off non-existent debt through numerous telephone calls was in violation of the MCDCA (Annotated Code of Maryland, Commercial Law, Section 14-202).
36. The direct and proximate consequence of the abuse and harassment subjected Plaintiff to a state of mental anguish which was manifested in the form of but not limited to distress, anxiety, fright, depression, insomnia, procrastination and depression. Plaintiff is seeking professional help in connection with these medical conditions.

WHEREFORE, with respect to actual damages, Plaintiff demands judgment against Defendant in the amount of $200,000 plus costs, pre- and post-judgment interest as the Court may find appropriate. Further Plaintiff demands punitive damages in the amount of $300,000 plus pre- and post-judgment interest that the Court may find appropriate.

### COUNT 4

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 36 with equal force as if they were repeated here.

37. Defendant violated the Applicable Maryland statutes (Annotated Code of Maryland, Commercial law, Section 14-202) when Defendant engaged in an unconscionable means to collect a debt which is not expressly authorized by an agreement creating the debt.

WHEREFORE Plaintiff demands judgment for compensatory and punitive relief against Defendant in the amount to be determined at trial plus costs, pre- and post-judgment interest as the Court may find appropriate.

### COUNT 4

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 37 with equal force as if they were repeated here.

38. Defendant failed to validate the debt within five days of initial communication in violation of the FDCPA US Code 15 Section 1692g and relevant Maryland statutes (Annotated Code of Maryland, Commercial Law, Section 14-202)

WHEREFORE Plaintiff demands judgment for compensatory and punitive relief against Defendant in the amount to be determined at trial plus costs, pre- and post-judgment interest as the Court may find appropriate.

### COUNT 5

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 38 with equal force as if they were repeated here.

39. Defendant violated relevant Maryland Laws on Intrusion Upon Seclusion through its actions in placing numerous telephone calls to Plaintiff, even after Plaintiff had objected and requested that the telephone calls must stop.

40. Defendant's forgoing conduct constituted an intentional intrusion upon the seclusion and solitude of Plaintiff. The intrusion was the proximate cause of mental anguish, anxiety, shock, anger and a sense of violation and deception. Plaintiff's mental anguish affected his work, appetite, ability to sleep and emotional stability. Plaintiff consulted a clinical psychologist for evaluation and intervention.

WHEREFORE Plaintiff demands judgment for compensatory and punitive relief against
Defendant in the amount to be determined at trial plus costs, pre- and post-judgment interest
as the Court may find appropriate.

### COUNT 6

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 39 with equal force as if
they were repeated here.

41. Defendant made fictitious entries on Plaintiff's Loan Account with the sole objective of
defrauding Plaintiff.

WHEREFORE Plaintiff demands judgment for compensatory and punitive relief against
Defendant in the amount to be determined at trial plus costs, pre- and post-judgment interest
as the Court may find appropriate.

### JURY DEMAND

Plaintiff requests a trial by jury on all issues so triable by right.

Plaintiff in *pro se:*

Edmund Awah
P O Box 1592
Laurel, MD 20725

Tel: 301 254 7362

Defendant:

Wells Fargo Dealer Services
23 Pasteur Road
Irvine, CA 92618

S/O: (Service by Private Process)
CSC-Lawyers
Incorporating Service Company
7 St. Paul Street, Suite 1660
Baltimore, MD 21202

Edmund Awah

# EXHIBIT 1

P O Box 1592
Laurel, MD 20725

September 17, 2014

Wells Fargo Dealer Services
23 Pasteur Road
Irvine, CA 92618

**Re: Telephone conversation on Past Due Loan Car Account; Account #** ▊ **3525**

Dear Sir

On September 16, 2014 I received a call from one of your representatives who informed me
that my loan account was past due. The caller demanded immediate payment plus accrued late
charges.

I explained to the caller that on April 21, 2014 I made a deposit of $5,000 into my loan
accounts. Per my instructions, the $5,000 must be applied to the monthly payments and
consequently the payments were effected through October 2015.

In the circumstances, please stop further calls and ensure that my loan account is updated to
reflect the payment through October 2015.

I trust you find this letter in order.

Sincerely

Edmund Awah

# EXHIBIT 2

P O Box 1592
Laurel, MD 20725

September 24, 2014

Wells Fargo Dealer Services
23 Pasteur Road
Irvine, CA 92618

**Re:  Account #          3525; Validation of Debt**

Dear Sir

On September 16, 2014 I received a call from one of your representatives who informed me
that my loan account was past due. Please send me an explanatory letter at your earliest
convenience to validate the debt

I trust you find this letter in order.

Sincerely

Edmund Awah

# EXHIBIT 2A

P O Box 1592
Laurel, MD 20725

September 25, 2014

Wells Fargo Dealer Services
23 Pasteur Road
Irvine, CA 92618

**Re: Telephone conversation on Past Due Loan Car Account; Account #⬛⬛ 3525**

Dear Sir

On September 17, 2014 I sent you the following letter;

*On September 16, 2014 I received a call from one of your representatives who informed me that my loan account was past due. The caller demanded immediate payment plus accrued late charges.*

*I explained to the caller that on April 21, 2014 I made a deposit of $5,000 into my loan accounts. Per my instructions, the $5,000 must be applied to the monthly payments and consequently the payments were effected through October 2015.*

*In the circumstances, please stop further calls and ensure that my loan account is updated to reflect the payment through October 2015.*

*I trust you find this letter in order.*

Your representatives keep calling about the "past due account" even though I requested you to stop the phone calls. Please explain why these calls are still coming despite the fact that the loan has been paid up through October 2015.

Sincerely

Edmund Awah

# EXHIBIT 3

02
10/06/14



**Wells Fargo Dealer Services**
P.O. Box 25341
Santa Ana, CA 92799-5341

| Account Number |
| --- |
| ■3525 |

| Collateral |
| --- |
| 2011 Toyota Camry |

| Total Amount Due |
| --- |
| $830.65 |

| Payment Due Date |
| --- |
| See below* |

Advertisements and Services

A3ALSCDTV9  019146
#BWNJZXC
#2201 4100 6021 4768#
EDMUND K AWAH
102 WOODLAND CT APT 302
LAUREL MD 20707-4535

For personalized
service or if you
have traded in this
vehicle, please call
1-800-289-8004
Monday - Friday
5:00 a.m. to 7:00 p.m.
Pacific Time.

| Date | Description | Amount |
| --- | --- | --- |
| 09/10/14 | Late Charge Assessment | $26.80 |
| 10/06/14 | Amount Past Due | 535.90 |
| 10/06/14 | Late Charges Accrued | 26.80 |
| 10/06/14 | Current Payment Due | 267.95 |
| 10/26/14 | TOTAL AMOUNT DUE | $830.65 |
| 10/06/14 | LOAN BALANCE AS OF 10/06/14 | $6,883.50 |

This balance represents your outstanding balance as of the statement
date and is not your payoff. For a payoff calculation, please visit our
website or call 800-289-8004.

# Safe and Convenient eStatements

With free eStatements, you'll enjoy:

- **Improved security** – Reduce the risk of fraud and identity theft that comes with paper statements.

- **Less clutter** – Quickly and easily access up to a year of online statements.

- **Conserving paper and trees** by printing only what is needed.

**Switch to eStatements today!**
wellsfargodealerservices.com/
eStatements

Please see reverse side for important
information regarding your account.

*The Total Payment Due includes a Past Due Amount of $535.90 and Late Charges Accrued of $26.80 due immediately. Your current payment due of $267.95 is due on 10/26/14.

---



DO NOT SEND CASH.     For 24-hour self-service and payment options, visit our website at wellsfargodealerservices.com or call 1-800-289-8004.

**Paying by check?**     To ensure prompt processing, please return this portion with your payment in the envelope provided.
Please write your account number on your check or money order and make payable to Wells Fargo Dealer Services.

☐ AT
☐ LC
☐ PO
☐ PR
☐ DB

INTERNAL USE ONLY

Check box for change of address and indicate new address on reverse side.
☐  Edmund K Awah
    102 Woodland CT Apt 302
    Laurel MD 20707-4535

WELLS FARGO DEALER SERVICES
P.O. BOX 25341
SANTA ANA, CA 92799-5341

| Account Number | ■3525 |
| --- | --- |
| Date Payment Due | 10/26/14 |
| Total Amount Due | $830.65 |
| Amount to Be Applied to Late Charges | |
| Amount Enclosed | |

0   002   51   ■3525   0000026795   0000083065   1

# EXHIBIT 4A

Full Credit Report | Credit Karma                                    https://www.creditkarma.com/myfinances/creditreport

My Finances    My Recommendations    Credit Cards    Loans    Reviews    Tools & Advice

 Qualification Notice. Your Fair credit rating means you have very good odds of obtaining a competitive
rewards card. We recommend the Capital One® QuicksilverOne® Cash Rewards Credit Card

⚹ Edmund

   Capital One®
QuicksilverOne® Cash
Rewards Credit Card

GET THIS CARD

Show Me Why ›

**Financial overview for
EDMUND**

| | |
|---|---|
| Credit Score Cardor | 651 |
| Credit Report Card | |
| Full Credit Report | |
| Credit Score Simulator | |
| My Spending | |
| My Recommendations | $213 |
| Collections | $4,451 |
| Credit Cards | $1,209 |
| AMEX | $1,209 |
| TDRC/PEACHD1 | $0 |
| Loans | 55,583 |
| WFDS/WDS | $5,883 |
| FST FIN FCU | $0 |

Closed Accounts

# Full Credit Report

Information provided by

Items For Your Review

| Full Credit Report | Past Date (1) | Open Collections Accounts (1) | Remarks on Accounts (16) | Recently Filed Public Records (1) |
|---|---|---|---|---|

### You are viewing 1 past due account

A delinquent account on your report could have an immediate and lasting negative impact on your credit. Review these accounts
to determine which may need to be addressed and to ensure the accuracy of what has been reported.

Back to Full Credit Report View

Jump to Next Steps

| Account Name | Account Type | Open Date | Status | Balance |
|---|---|---|---|---|
| WFDS/WDS | Auto | Mar 12, 2014 5 Months | Open - Late 30 Days No Missed Payments | $6,883 |

View Report From:    Oct 24, 2014 (current)

Print this Report

Advertiser Disclosure

| Account Details | | 48 Month Payment History |
|---|---|---|
| Last Reported | Sep 30, 2014 | |
| Creditor Name | WFDS/WDS | 2014    OK OK OK OK OK |
| Account Type | Automobile | J  F  M  A  M  J  J  A  S  O  N  D |
| Account Status | Open | |
| Opened Date | Mar 12, 2014 | **Creditor Contact Details** |
| Closed Date | -- | WELLS FARGO DLR SVC/WACH PO BOX 1697 1697 |
| Limit | -- | WINTERVILLE, NC 28590 |
| Term | 60 Months | |
| Monthly Payment | $267 | **Credit Karma Recommendations** |
| Responsibility | Individual | Find opportunities to refinance your auto loan. |
| Balance | $6,883 | Look for ways to save on your auto insurance premiums. |
| Highest Balance | $11,716 | If something is wrong, Learn more about |
| Payment Status | Late 30 Days | disputing details. |
| Worst Payment Status | Current | |
| Date of Last Payment | Aug 01, 2014 | |
| Amount Past Due | $267 | |
| Times 30/60/90 Days Late | 0/0/0 | |
| Remarks | -- | |

### Next Steps

Here are some steps that may help you with past due accounts.

1    Learn more about how delinquent accounts could affect your credit score.

Read More

Getting educated is often the first step to taking control. Read our article about delinquent accounts to
get started.

2    Set up account monitoring with Credit Karma.

▲ Back To Top

# EXHIBIT 4B

Credit Secure



United States (Change Country)   LOG OUT

**MY ACCOUNT      CARDS      TRAVEL      REWARDS      BUSINESS**

Welcome EDMUND AWAH
Your Last Log in was on 10/14/2014

**MY CREDITSECURE ACCOUNT**

Edit CreditSecure Profile
Set Text Message Alerts
**MY BENEFITS**
3-Bureau* Credit Reports
with PLUS Scores
3-Bureau* Monitoring with Credit Alerts
Experian PLUS Score® Alerts
Monthly CreditSecure Statement
Lost Wallet Assistance
Education Center
Dispute Information Center
Insurance Coverage**
Fraud Resolution Assistance
See All Benefits

## MY CREDIT CENTER

### MY PLUS SCORES

**663** My Experian
PLUS Score®

View 3
Credit Reports

See more information about your
Experian PLUS Score Below.

AUG   SEP   OCT   NOV   DEC

View Details
Understand My PLUS Score
My PLUS Score Potential

### MY ALERTS

You Have 49 New Alerts. Alerts allow you
to see key changes to your credit reports
and Experian Score.

Here is your most recent Alert:

Alert Date · 10/21/2014 6:59:35 AM
Alert Type    Potentially Negative
Company      WELLS FARGO DLR
SVC/AWACH
Phone         lone Provided
Update        **663**   rian Credit Score Alerts
Visit M

### MY REPORTS

Request up to two reports every 30 days.

You have 2 three-Bureau credit reports
remaining from Experian®, Equifax®, and
TransUnion® until 10/24/2014.

See My Reports

### MY CREDITSECURE STATEMENT

View summary of credit information.

See Monthly Statement

### MY EDUCATION CENTER

Articles:
About Credit Scores
Identity Theft Protection

See PLUS Score Estimator
Visit Education Center

### MY LOST WALLET ASSISTANCE

Protect credit cards and personal
information.

Update Information

### MY CREDITSECURE SUMMARY

Visit My Credit Report

| Credit & Debt | Negative Information | Length Of History | Hard Inquiries | Account Types | View All 3 Credit Scores |
|---|---|---|---|---|---|

Lenders considering your application are likely to put the most emphasis on your total debt and the amount of credit you have available

| | EXPERIAN® | EQUIFAX® | TRANSUNION® |
|---|---|---|---|
| Report Date | 1/1/1800 | 8/11/2014 | 8/11/2014 |
| Real Estate/Other | $452 | $283 | $283 |
| Installment Debt | $6,883 | $6,883 | $6,883 |
| Revolving Debt | $404 | $404 | $404 |
| | | | |
| Credit Limit | $1,100 | $1,100 | $1,100 |
| Credit Available | $656 | $696 | $696 |
| Credit-to-Debt Ratio | 64% | 64% | 64% |
| | | | |
| Total Debt | $7,739 | $7,570 | $7,570 |
| Monthly Payment | $307 | $307 | $369 |

Your Revolving
Credit-to-Debt Ratio

Credit 64% ($696)
Debt 36% ($404)

Credit 64% ($656)
Debt 36% ($404)

Credit 64% ($696)
Debt 30% ($404)

Negative Information Tab

Call us at **1-866-617-1893**
Monday-Friday | 8:00am - 12:00am
Saturday | 9:00am - 12:00am

# EXHIBIT 4C

Credit Secure

https://partner.experiandirect.com/CREDITSECURE/Member/Aler...



United States (Change Country)     **LOG OUT**

**MY ACCOUNT     CARDS     TRAVEL     REWARDS     BUSINESS**

Welcome EDMUND AWAH
Your Last Log In was on 10/24/2014

MY CREDITSECURE ACCOUNT

Edit CreditSecure Profile
Set Text Message Alerts
MY BENEFITS
3-Bureau* Credit Reports
with PLUS Scores
3-Bureau* Monitoring with Credit Alerts
Experian PLUS Score® Alerts

Monthly CreditSecure Statement
Lost Wallet Assistance
Education Center
Dispute Information Center
Insurance Coverage**
Fraud Resolution Assistance
See All Benefits

## MY ALERTS

We monitor your Experian®, Equifax®, and TransUnion® Credit Reports on a daily basis and will notify you every time a key change is detected. Additionally, we monitor your Experian PLUS Score based on your preference settings. If you receive an alert, be sure you review it right away. These alerts could help you:

Stay informed of new activity on your credit reports
See what could affect your Experian PLUS Score
Catch early signs of suspicious activity
See if your Experian PLUS Score has changed

## MY CREDIT REPORT ALERTS

Current (15)  :  Older than 90 days (0)     Older than 180 days (88)

**ALERT SETTINGS**

Customize how you
receive alerts any time by
updating your profile
preferences.

Edit Profile

Hide All Alert Details

10/21/2014    There is potentially negative information reported or information about a lost and/or stolen credit     Viewed Previously
              card.

    **Business**     WELLS FARGO DLR SVC/WACH
                P.O. BOX 1697
    **Phone**     No Phone Provided
    **Balance Amount**
    **Service Date**
    **Reported by**     TransUnion
What is Potentially Negative Information?
An item is "Potentially Negative" when a creditor reports that you have not met
the terms of your agreement with them. This may include late payments,
uncollectible accounts, accounts sent to collections, bankruptcies, liens, lost
and/or stolen credit cards, etc

What do I do now?
If the information being reported about you is accurate you do not need to take
any action. If you believe it is wrong you should contact the company that
reported the information as soon as possible to have it corrected. To dispute
this item or get in touch with one of your dedicated Fraud Resolution
Professionals, click the buttons for additional instructions.

    Dispute Item               Fraud Resolution

10/11/2014    There is potentially negative information reported or information about a lost and/or stolen credit     Viewed Previously
              card.

10/09/2014    There is potentially negative information reported or information about a lost and/or stolen credit     Viewed Previously
              card.

10/01/2014    A new address has been reported on your credit report.     Viewed Previously

09/11/2014    CHASE BANK NA has requested a copy of your Credit Report.     Viewed Previously

09/11/2014    CHASE BANK USA N.A has requested a copy of your Credit Report.     Viewed Previously

1

## MY EXPERIAN PLUS SCORE ALERTS

Current (6)     Older than 90 days (0)     Older than 180 days (21)

Show All Alert Details

10/17/2014    Your Experian Credit Score increased by 23 point(s)     Unviewed

1

Call us at 1-866-617-1893
Monday-Friday  |  6:00am - 12:00am
Saturday  |  9:00am - 12:00am
**EASTERN TIME**

# EXHIBIT 5

# CREDIT DISPUTE WORKSHEET

Found inaccuracies in your report? If so, use this form to contact the Credit Bureau (Experian®, Equifax® or TransUnion®) who supplied the information. Simply follow the instructions provided, then mail the form to them. We also recommend writing directly to the creditor detailing the dispute and the action taken to correct it.

If this dispute is with the information on your Experian report, you can go directly online to www.experian.com/cic or call 1-866-617-1893.

## 1. CONTACT INFORMATION

Name: Edmund Awah   DOB: 1 0 2 1 9 5 2

Address: P. O. Box 1592

City: Laurel   State: MD   Zip: 20725

Social Security: [redacted] - 1355 Phone Number: 301 - 254 - 7361 2

## 2. DISPUTE INFORMATION

Item in Dispute: Potentially Negative Information

Creditor: Wells Fargo Dealer Services   Account Number:

Reason for Dispute

The information underlying this debt is not only incorrect, it is false

Item in Dispute

Creditor:   Account Number:

Reason for Dispute

## 3. SIGN AND MAIL

Signature: _____ Edmund Awah

To dispute information on your Equifax or TransUnion credit reports, use this worksheet as a reference when contacting the bureau. The addresses for both Equifax and TransUnion are provided below:

**Equifax**
PO Box 740256
Atlanta GA 30374

**TransUnion**
PO Box 1000
Chester PA 19022

Experian
P. O. Box 2002
Allex, TX 75013

# EXHIBIT 6

Ed     Profile          Sign Out     Home

Inbox     Contacts     Notepad     Calendar          Switch to the newest Yahoo Mail

Compose          Delete     Reply     Reply All     Forward     Actions     | Apply |

**Inbox (38)**          Carbonite          Keep Business Moving With Powerful Online
                        Sponsored          Count on automatic protection for your most
**Drafts (33)**

Sent          **Thanks for your interest in Lyft**          Sunday, October 26, 2014 6:16 AM

**Spam (1790)**     [Empty]     From:   "Lyft Team" <drive@lyft.com>
                                  To:   gbedaoo4@yahoo.com
Trash          [Empty]

                                                                              Full Headers Printable View
**My Folders**     [Edit]

Sponsored
                                              **lyft**

Farmers
Your policy may not cover all of          Dear Edmund,
your belongings.
                        When you applied to be a Lyft driver, you consented to a background check conducted
                        reporting agency.

                        Lyft, Inc. contracted with Sterling Infosystems Inc. Their address is 249 West 17th Street
                        10011 and their telephone is (877) 424-2457.

                        Based on the information contained within the report, subject to you successfully challer
                        this information, we have decided to deny your application to become a Lyft driver. Ster
                        not made this decision and is not able to explain why the decision was made.

                        We are enclosing a copy of the report at the following link(s): https://secure.sterlingdirec
                        /OneClick.aspx?METHOD=BGCHECK_PRTREPORT&CUSTID=K3jiGR3WjpXOYkJKt
                        BGORDERID=nodkQm59fX%7c2vVR%7cm6uYog%3d%3d&

                        TOKEN=ixXnDfgCvSMlNjl4rX7h%7cB%2fh%7c1u3ZYfrflnqpV1%2fWcybr89KDXwE4vf
                        https://secure.sterlingdirect.com/gateway/OneClick.aspx?METHOD=BGCHECK_PRTR
                        CUSTID=EuZ3MM1%7cUN0wEpJyNoAyCw%3d%3d&BGORDERID=W0TCfl%7ckvi8
                        %3d%3d&

                        TOKEN=jRl4r6%7ccMQMKT6cQmmlnpDOckkWYQBSle%7cvQfyBy0vBZTAa%2fNczB

                        A copy of your rights under the federal Fair Credit Reporting Act can be found by clickin
                        right to obtain a free copy of your file from Sterling Infosystems, Inc. If you request the n
                        You also have the right to dispute directly with Sterling Infosystems, Inc the accuracy or
                        information provided by it.

                        If you believe the information listed above is not accurate, please contact Sterling Infos
                        business days of the receipt of this letter and advise us that you have done so.

                        Thanks,
                        *The Lyft Team*
                        drive@lyft.com

                        © Lyft 2014
                        548 Market St #69514
                        San Francisco, CA 94104
                        drive@lyft.com

Compose          Delete     Reply     Reply All     Forward     Actions     | Apply |

# EXHIBIT 7

Wells Fargo Dealer Services



| | |
|---|---|
| **Date mailed:** | 10/21/2014 |
| **Date of contract/security agreement:** | 3/12/2014 |
| **Account number:** | ▮3525 |

## Notice of Intention to Repossess

| Buyer's / debtor's name and address | | Co-buyer's / guarantor's name and address | |
|---|---|---|---|
| EDMUND K AWAH | | | |
| 102 WOODLAND COURT CT 302 | | | |
| LAUREL, MD 20707 | | | |
| Year<br>2011 | Make<br>TOYOTA | Model<br>CAMRY-4 CYL. | Vehicle identification number<br>4T1BF3EK9BU632408 |

You are hereby notified that you are in default of the terms and provisions of your Contract/Security Agreement. You have the right to cure this default until the date shown below as the **last date for payment**. If you do so, you may continue with the Contract as though there had been no default. Your default consists of the items shown below. The amount shown below as **total amount due** must be paid before the **last date for payment**.

Payments should be sent to Wells Fargo Bank, N.A. DBA Wells Fargo Dealer Services, PO BOX 25341 SANTA ANA. CA 92799-5343.

10/31/2014        is the **last date for payment.**
(10 days from the date this notice is mailed)

| | | |
|---|---|---|
| Outstanding installments now due | $ | 803.85 |
| Unpaid accrued delinquency or deferral charges | $ | 53.60 |
| Other charges due | $ | |
| **Total amount due** | $ | 857.45 |

### If you decide not to cure this default
If you do not cure this default by the **last date for payment, we will take possession of the vehicle.** However, you may still redeem the vehicle at any time prior to it being sold, by paying the past due installments and other charges or by paying the total due at that time, whichever is applicable. The longer you wait to redeem the vehicle, the more costs you may have to pay.

If you have questions, please call us 800-289-8004, Monday-Friday, 5:00 a.m. to 7:00 p.m., Pacific Time.

Thank you.

Wells Fargo Dealer Services

**WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

# EXHIBIT 8

02        11/06/14



**Wells Fargo Dealer Services**
P.O. Box 25341
Santa Ana, CA 92799-5341

| Account Number |
| --- |
| 3525 |
| **Collateral** |
| 2011 Toyota Camry |
| **Total Amount Due** |
| $37.20 |
| **Payment Due Date** |
| 10/26/15 |

**Advertisements and Services**




A3ALSCDTYK  018775
#BWNJZXC
#2201 4110 6021 2448#
EDMUND K AWAH
102 WOODLAND CT APT 302
LAUREL MD 20707-4535

For personalized
service or if you
have traded in this
vehicle, please call
1-800-289-8004
Monday - Friday
5:00 a.m. to 7:00 p.m.
Pacific Time.

# Safe and Convenient eStatements

With free eStatements, you'll enjoy:

- **Improved security –** Reduce the risk of fraud and identity theft that comes with paper statements.

- **Less clutter –** Quickly and easily access up to a year of online statements.

- **Conserving paper and trees** by printing only what is needed.

**Switch to eStatements today!**
**wellsfargodealerservices.com/eStatements**

| Date | Description | Amount |
| --- | --- | --- |
| 10/28/14 | *Payment Received – Thank You* | $4,447.27 |
| 11/06/14 | Current Payment Due | 37.20 |
| 10/26/15 | TOTAL AMOUNT DUE | $37.20 |
| 11/06/14 | LOAN BALANCE AS OF 11/06/14 | $6,883.49 |

This balance represents your outstanding balance as of the statement date and is not your payoff. For a payoff calculation, please visit our website or call 800-289-8004.

Please see reverse side for important information regarding your account.

---



DO NOT SEND CASH.        For 24-hour self-service and payment options, visit our website at wellsfargodealerservices.com or call 1-800-289-8004.

**Paying by check?**

To ensure prompt processing, please return this portion with your payment in the envelope provided.
Please write your account number on your check or money order and make payable to Wells Fargo Dealer Services.

Check box for change of address and indicate new address on reverse side.
☐   Edmund K Awah
102 Woodland Ct Apt 302
Laurel MD 20707-4535

WELLS FARGO DEALER SERVICES
P.O. BOX 25341
SANTA ANA, CA 92799-5341

INTERNAL USE ONLY
☐ AT
☐ LC
☐ PO
☐ PR
☐ DB

| Account Number | 3525 |
| --- | --- |
| Date Payment Due | 10/26/15 |
| Total Amount Due | $37.20 |
| Amount to Be Applied to Late Charges | |
| Amount Enclosed | |

0   002   51      3525   0000003720   0000003720   5

# EXHIBIT 9

eServices

https://eservices.wellsfargodealerservices.com/MyAccount/LoanS...



WELLS FARGO

eServices

My Account | Payments | Account Management | eStatements | Help

Account Summary | Next Payment Details | Select A Loan | Correspondence

Sign Out

**Wells Fargo Dealer Services**

## Account Summary 🔒

🔲 Help   🖨 Print This Page

Welcome to eServices. Last sign-in: 10/27/2014

**Account Activity** ▮▮▮3525 - 2011 TOYOTA CAMRY-4 CYL.

| Description | Amount | Notes |
|---|---|---|
| Next Payment Due | $37.20 | Due: 10/28/2015  Find out the payment details |
| Last Payment Received | $3,982.05 | Posted on: 10/28/2014 |
| Outstanding Principal Balance | $6,883.49 | What is Principal Balance? |

**Account Profile**

| Loan Origination Date | 3/12/2014 |
|---|---|
| Original Loan Amount | $11,716.70 |
| Annual Percentage Rate (APR) | 12.99% |
| Loan Term | 60 Months |
| Maturity Date | 3/28/2019 |
| Months Remaining | 42 Months |

**Contact Us**

1-800-289-8004
Monday - Friday
5:00 am - 7:00 pm
Pacific Time

**Customer Service**

Help and FAQs

Make A Payment
Pending Payments
Payoff Requests
Automatic Loan Payment

My Profile

How to Read Your
Statement (PDF)

eStatements
Email Notifications

Correspondence

**Enroll in the ALP program**
Rest easy and let us
debit your checking
or savings account
each month.
► Enroll now!

Home | About Us | Privacy, Security & Legal | Report E-mail Fraud | Site Map | Careers | Wells Fargo Home
Wells Fargo Dealer Services is a division of Wells Fargo Bank, N.A. Member FDIC and Equal Credit Opportunity Lender.
© 2011 Wells Fargo Bank, N.A. All rights reserved.

1 of 1

11/14/2014 12:41 AM





U.S. POSTAGE
PAID
LAUREL, MD
20707
MAR 09, 15
AMOUNT
**$5.54**
00106274-00

21202

1000

**CERTIFIED MAIL®**

7014 1620 0002 1144 8535

7014 1620 0002 1144 8535



Wells Fargo Dealer Services
CSC - Lawyers Inc Service Company
7 Saint Paul St #1660
Baltimore, MD 21202



P.O. Box 1598
Laurel, MD 20725
USA