CIRCUIT COURT FOR BALTIMORE COUNTY
Julie L. Ensor
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
P.O. Box 6754
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf: (800)-735-2258
Maryland Toll Free Number (800) 938-5802

WRIT OF SUMMONS

Case Number: 03-C-14-013785 CN
CIVIL

Awah Vs Wells Fargo Dealer Services

STATE OF MARYLAND, BALTIMORE COUNTY COUNTY, TO WIT:

To: WELLS FARGO DEALER SERVICES
CSC-Lawyers Inc Service Company
7 St. Paul Street
Baltimore, MD 21202

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached Complaint filed by: Edmund Awah
P.O. Box 1592
Laurel, MD 20725

WITNESS the Honorable Chief Judge of the Third Judicial Circuit of Maryland

Date Issued:   02/20/15

Julie L. Ensor
Clerk of the Circuit Court, per ____

To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.



To: WELLS FARGO DEALER SERVICES    N/A   *Private Process*

\*\*\*\* S H E R I F F' S   R E T U R N \*\*\*\*
(Please Print all information)

Case No: 03-C-14-013785          Old Case No:

Case Name: Awah Vs Wells Fargo Dealer Services

_____ ID#_____ of the _____
   (Serving Sheriff's Name)

County Sheriff's Office represent to the Honorable Court the I.:

(1) Served, _____
                       (Name of Person Served)

on _____ at _____
    (Date of Service)         (Location of Service)

_____ with the following:

____ Summons                       ____ Counter complaint
____ Complaint                     ____ Interrogatories
____ Motion                        ____ Domestic Violence Order
____ Show Cause Order              Other_____
                                        (Specify Document Served)

(2) Was unable to serve because:

____ Moved left no forwarding address    ____ No such address
____ Address not in jurisdiction         Other_____
                                              (Please Specify)

Sheriff's Fee $_____     _____
                                   (Serving Sheriff's Signature and Date)

INSTRUCTIONS TO SHERIFF'S OFFICE:

1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, Please state the reasons.
3. Return of served or unserved process shall be made promptly.